DENMON DAVIS, JR
LESLIE JEAN DAVIS
607 FRANKLIN AVE
GULFPORT, MS 39503

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

COMENITY
ATTN: BANKRUTPCY
PO BOX 182125
COLUMBUS, OH 43218

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

FORTIVA
ATTN: BANKRUPTCY
PO BOX 105555
ATLANTA, GA 30348

FORTIVA
ATTN: BANKRUPTCY
P.O. BOX 105555
ATLANTA, GA 30348

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

HANCOCK WHITNEY
PO BOX 211269
MONTGOMERY, AL 36121

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JEKYE DAVIS
607 FRANKLIN AVE
GULFPORT, MS 39503

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

LE'XAVIER VARNADO
607 FRANKLIN AVE
GULFPORT, MS 39503

REGIONAL ACCEPTANCE
ATTN: BANKRUPTCY
1424 E. FIRETOWER ROAD
GREENVILLE, NC 27858

RENAISSANCE COMMUNITY
11975 SEAWAY ROAD
GULFPORT, MS 39503

REPRISE FINANCIAL
8333 RIDGEPOINT DR
STE 1000
IRVING, TX 75063

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001